# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**United States of America,**           Case No. 3:17-CR-99

    Plaintiff,

-vs-                                    Magistrate Judge Ovington

**Derrick Worley-Howard,**

    Defendant.

## ORDER

On oral motion of the Defendant in open court, and having advised the Defendant of the consequences under the Speedy Trial Act of his Motion, the Court finds that Defendant understands the consequences and that his waiver of any possible objection under the Speedy Trial Act as to the charge under Count 1, is his knowing, intelligent, and voluntary act.

Trial date on Count 1 is extended to permit consideration and screening for Prejudgment Probation, 18 U.S.C. §3607.

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: 9-13-17

_____
United States Magistrate Judge

Defendant: [signature]

Defense Counsel: [signature]